# Court of Appeals
# of the State of Georgia

ATLANTA, October 06, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2102. DEWAYMON A. HARRIS v. THE STATE.

In 2003, Dewaymon A. Harris pleaded guilty to one count of child molestation and was sentenced to twenty years, serving seven in incarceration consecutive to any sentence he was currently serving. In 2021, Harris filed a motion to vacate or correct a void sentence, which the trial court denied. We affirmed on appeal, holding that "the sentence imposed by the trial court was within the statutory range of punishment[.]" *Harris v. State*, 365 Ga. App. 218, 219 (2) (878 SE2d 63) (2022).

In 2025, Harris filed another motion to correct a void sentence or to vacate his conviction. The trial court dismissed the motion, and Harris filed this appeal. We lack jurisdiction.

Harris's appeal is barred because the issues he raises have or could have been litigated in his prior appeals. See *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds.") (punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

Accordingly, for the reasons above, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   10/06/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*